IN THE DISTRICT COURT OF DOUGLAS COUNTY, NEBRASKA

| | |
|---|---|
| RYAN H. STREIT and COURTNEY STREIT, Husband and Wife, | |
| Plaintiffs, | CASE NO. CI 15-3381 |
| v. | NOTICE OF FILING |
| BLUE CROSS AND BLUE SHIELD OF NE, | NOTICE OF REMOVAL |
| Defendant. | |

TO: The Clerk of District Court of Douglas County, Nebraska

The Defendant, Blue Cross and Blue Shield of Nebraska (erroneously designated as "Blue Cross Blue Shield of Nebraska"), hereby notifies the Court of its removal of this case to the United States District Court for the District of Nebraska. Removal is pursuant to 28 U.S.C. § 1331. A true and correct copy of Defendant's Notice of Removal filed in the United States District Court for the District of Nebraska is attached hereto and incorporated herein.

DATED this 6th day of November, 2015.

BLUE CROSS AND BLUE SHIELD OF NEBRASKA, Defendant,

By: /s/ Nicholas K. Rudman
Thomas E. Johnson, #12089
Nicholas K. Rudman, #25182
BAIRD HOLM LLP
1700 Farnam Street
Suite 1500
Omaha, NE 68102-2068
Phone: 402-344-0500
tjohnson@bairdholm.com
nrudman@bairdholm.com

EXHIBIT B

## CERTIFICATE OF SERVICE

I hereby certify that on November 6, 2015, I electronically filed the foregoing document with the Clerk of the Court using the Justice system; that I emailed a true and exact copy of the foregoing document to mcannonlaw@gmail.com; and that I sent a true and exact copy of the foregoing document to Plaintiffs' counsel by first class United States mail, addressed as follows:

Martin A. Cannon
Cannon Law Office
24000 210th St
Crescent  IA  51526


/s/ Nicholas K. Rudman

DOCS/1531416.1