IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RYAN H. STREIT, Husband and Wife; and COURTNEY STREIT, Husband and Wife;<br><br>Plaintiffs,<br><br>vs.<br><br>BLUE CROSS BLUE SHIELD OF NE,<br><br>Defendant. | 8:15CV408<br><br>JUDGMENT OF DISMISSAL |

By order dated March 31, 2016, the plaintiffs were granted fourteen days in which to file an amended complaint or this action would be dismissed. See Filing No. 10. To date, no amended complaint has been filed. Accordingly,

IT IS ORDERED that this action is dismissed, with prejudice, the parties to bear their own costs.

Dated this 22nd day of April, 2016

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge